# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHAWN PATTERSON,
INDIVIDUALLY AND ON BEHALF
OF THE ESTATE OF HIS MINOR
CHILD, SHAWNKELL PATTERSON

VERSUS

THE KANSAS CITY SOUTHERN
RAILWAY COMPANY, LESTER
THOMAS AND GREG SWANN

NO.  2019 CW 1026

OCT 2 8 2019

---

In Re:    The Kansas City Southern Railway Company and Greg
          Swann, applying for supervisory writs, 23rd Judicial
          District Court, Parish of Ascension, No. 106126.

---

BEFORE:   **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**

            **TMH**
            **AHP**
            **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT